Argued May 21, affirmed June 28, 1976

In the Matter of the Dissolution of the Marriage of
LASSELL, *Appellant,*
*and*
LASSELL, *Respondent-Cross-Appellant.*
(No. 414 728, CA 5561)
550 P2d 1386

*Justin C. Tallman,* Gresham, argued the cause and filed the brief for appellant.

*Frank McK. Bosch,* Portland, argued the cause and filed the brief for respondent-cross-appellant.

Before Schwab, Chief Judge, and Foley and Thornton, Judges.

FOLEY, J.

**FOLEY, J.**

The issues on appeal in this dissolution proceeding after a seven-and-one-half-year marriage are the division of the property of the parties and the award of attorney fees. As a result of our review we conclude that the division of property by the trial court was correct and we concur in its denial of the award of attorney fees.

Affirmed. No costs to either party.